1218

No. 96–8330. ELAM v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–8348. BARDIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–8351. LE GRAND v. GOORD, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–8353. BRANCH v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–8366. SHEPHERD v. OLK LONG, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 96–8374. GIEBEL v. MONTANA SYSTEM OF HIGHER EDUCATION ET AL. Sup. Ct. Mont. Certiorari denied.

No. 96–8396. BROCK v. UNKNOWN. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 96–8403. MYERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–8404. NETTLES v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 96–8409. HARRIS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 96–8411. MARTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–8423. BLACKBURN v. UNITED STATES; and
No. 96–8473. HILTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 103 F. 3d 87.

No. 96–8438. PIZZO v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 96–8448. NEVIUS v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.